**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION**

| | | |
|---|---|---|
| **OIL PATCH GROUP, INC.,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Civil Action No. 6:23-CV-00029-NR** |
| | § | |
| **DANETTE MARES,** | § | |
| | § | |
| **Defendant.** | § | |

## <u>JOINT MOTION TO STAY PROCEEDINGS</u>

Plaintiff Oil Patch Group, Inc. ("**OPG**") and Defendant Danette Mares ("**Mares**") (collectively, the "**Parties**") file this Joint Motion to Stay Proceedings. The Parties have agreed to arbitrate the dispute that is the subject of this lawsuit. The Parties also agree to a stay of proceedings in this Court pending the resolution of arbitration, subject to the arbitrator allowing Mares to proceed in a consolidated arbitration with Derek Elzner ("**Elzner**"), Dwayne "Bubba" Beran ("**Bubba**"), and Titan Accommodations, LLC ("**Titan**").  OPG currently has a pending arbitration with Elzner, Bubba, and Titan in the American Arbitration Association. By agreement of the Parties, OPG filed an amended demand to join Mares as a respondent in that arbitration on November 29, 2023.  The Parties have further agreed that the Agreed Preliminary Injunction Order (Doc. 21) and Confidentiality and Protective Order (Doc. 30) will remain in full force and effect until such time as the arbitrator has the opportunity to determine whether these orders should be maintained or otherwise vacated, expanded, or modified.

Therefore, the Parties respectfully request that the Court: **(1)** stay all proceedings in this lawsuit pending the resolution of the arbitration or the arbitrator otherwise not allowing a consolidated arbitration with Derek Elzner, Dwayne "Bubba" Beran, and Titan Accommodations,

LLC; **(2)** vacate all deadlines in this lawsuit; and **(3)** order that the Agreed Preliminary Injunction Order (Doc. 21) and Confidentiality and Protective Order (Doc. 30) will remain in full force and effect until such time as the arbitrator has the opportunity to determine whether these orders should be maintained or otherwise vacated, expanded, or modified.

**DATED: December 1, 2023**                    Respectfully submitted,

**HAYNES BOONE LLP**

By: */s/ Michael J. Lombardino*
    Michael J. Lombardino
    Texas State Bar No. 24070159
    Michael.Lombardino@haynesboone.com
    Mini Kapoor
    Texas State Bar No. 24080969
    Mini.Kapoor@haynesboone.com
    Julia Peebles
    Texas State Bar No. 24096131
    Julia.Peebles@haynesboone.com
    1221 McKinney Street, Suite 4000
    Houston, Texas 77010
    Telephone: 713.547.2301
    Facsimile: 713.547.2600

**ATTORNEYS FOR PLAINTIFF**

—AND—

**BRACEWELL LLP**

By: */s/ Bryan S. Dumesnil*
    Bryan S. Dumesnil
    Texas Bar No. 00793650
    Bryan.dumesnil@bracewell.com
    Joshua T. Windsor
    Texas Bar No. 24110541
    Joshua.windsor@bracewell.com
    711 Louisiana Street, Suite 2300
    Houston, Texas 77002
    Telephone: (713) 223-2300
    Facsimile:  (713) 221-1212

**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I hereby certify that on this December 1, 2023, a true and correct copy of the foregoing document was tendered for filing to the Clerk of the U.S. District Court for the Southern District of Texas using the Court's CM/ECF system.

*/s/ Michael J. Lombardino*
Michael J. Lombardino

## CERTIFICATE OF CONFERENCE

I hereby certify and aver that I have conferred with Defendant's counsel regarding this motion and the parties agree to file it jointly.

*/s/ Michael J. Lombardino*
Michael J. Lombardino