IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| OIL PATCH GROUP, INC., | § | |
| | § | |
| | § | |
| **Plaintiff,** | § | |
| VS. | § | Civil Action No. 6:23-cv-29 |
| | § | |
| DANETTE MARES, | § | |
| | § | |
| **Defendant.** | § | |

## STIPULATION AND NOTICE OF DISMISSAL

NOW COMES Plaintiff Oil Patch Group, Inc. ("Plaintiff" or "OPG"), by and through its undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1), files this Stipulation of Dismissal.

It is hereby stipulated that the above-styled action be discontinued and dismissed with prejudice.

{Signature on the Following Page}

**STIPULATION AND NOTICE OF DISMISSAL**                                    **Page 1 of 3**

Respectfully submitted,

**HAYNES BOONE LLP**

By: /s/ *Michael J. Lombardino*
Michael J. Lombardino
Texas State Bar No. 24070159
*Michael.Lombardino@haynesboone.com*
1221 McKinney Street, Suite 4000
Houston, Texas 77010
Telephone: 713.547.2301
Facsimile: 713.547.2600

Adam Sencenbaugh
Texas State Bar No. 24060584
*Adam.Sencenbaugh@haynesboone.com*
Henson Adams
Texas State Bar No. 24101418
*Henson.Adams@haynesboone.com*
112 East Pecan Street, Suite 1200
San Antonio, Texas 78205
Telephone: 210.978.7414
Facsimile: 210.554.0457

**COUNSEL FOR CLAIMANT,
OIL PATCH GROUP, INC.**

**BRACEWELL LLP**

By: */s/ Bryan S. Dumesnil*
Bryan S. Dumesnil
Attorney-in-Charge
State Bar No. 00793650
*bryan.dumesnil@bracewell.com*
Joshua T. Windsor
State Bar No. 24110541
*joshua.windsor@bracewell.com*
711 Louisiana Street, Suite 2300
Houston, Texas 77002
(713) 223-2300 - telephone
(713) 221-1212 - facsimile

**ATTORNEYS FOR DEFENDANT
DANETTE MARES**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 1st day of October 2025, a true and correct copy of the foregoing document was tendered for filing to the Clerk of the U.S. District Court for the Southern District of Texas using the Court's CM/ECF system.

*/s/ Michael J. Lombardino*
Michael J. Lombardino