United States District Court
Southern District of Texas
**ENTERED**
October 02, 2025
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION**

| | | |
|---|---|---|
| Oil Patch Group, Inc. | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No.  6:23-cv-29 |
| | § | |
| Danette Mares | § | |
| Defendant. | § | |

**<u>FINAL JUDGMENT</u>**

Pursuant to the Stipulation and Notice of Dismissal (D.E. 33), the Court enters

final judgment dismissing this action with prejudice.

**ORDERED** on ___October 2, 2025_____.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE