IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| OIL PATCH GROUP, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 6:23-CV-00029-NR |
| | § | |
| DANETTE MARES, | § | |
| | § | |
| Defendant. | § | |

**MOTION TO DISBURSE FUNDS IN REGISTRY OF COURT**

Plaintiff Oil Patch Group, Inc. ("**Plaintiff**" or "**OPG**"), by and through its undersigned counsel, file this Motion to Disburse Funds in Registry of Court.

Pursuant to the Court's Order Granting Application for Temporary Restraining Order (Dkt. No. 14), Plaintiff deposited a $5,000 bond in the Court's registry in this matter (Receipt No. 400000237) on June 27, 2023. Pursuant to the Stipulation and Notice of Dismissal, (Dkt. No. 33), and the Court's Final Judgment (Dkt. No. 34) terminating this matter on October 2, 2025, Plaintiff requests that the Court issue an order directing the Clerk to disburse $5,000 (FIVE THOUSAND DOLLARS AND NO CENTS) payable to "Haynes and Boone, LLP, for and on behalf of Oil Patch Group, Inc."

Respectfully submitted,

**HAYNES BOONE LLP**

By: */s/ Michael J. Lombardino*
    Michael J. Lombardino
    Texas State Bar No. 24070159
    Michael.Lombardino@haynesboone.com
    Mini Kapoor
    Texas State Bar No. 24080969
    Mini.Kapoor@haynesboone.com
    Julia Peebles
    Texas State Bar No. 24096131
    Julia.Peebles@haynesboone.com
    1221 McKinney Street, Suite 4000
    Houston, Texas 77010
    Telephone: 713.547.2301
    Facsimile: 713.547.2600

    **ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

    I hereby certify that on this January 20, 2026, a true and correct copy of the foregoing document was tendered for filing to the Clerk of the U.S. District Court for the Southern District of Texas using the Court's CM/ECF system.

                                              */s/ Michael J. Lombardino*
                                              Michael J. Lombardino